# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YARTIZA CRUZ-SANTIAGO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 24-1551 (GLS) |

## ORDER

Plaintiff Yaritza Cruz-Santiago filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied her application for disability insurance benefits. Docket No. 1.

On February 27, 2025, the Commissioner filed the transcript of the administrative record. Docket No. 14. Plaintiff filed her Memorandum of Law on April 24, 2025. Docket No. 17. On May 23, 2025, the Commissioner requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 18. The Commissioner's motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of May 2025.

 s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge